UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EMANUEL DELACRUZ, *on behalf of herself and all others similarly situated*,

                Plaintiff,

                v.

GLANBIA PERFORMANCE NUTRITION (NA), INC.,

                Defendant.

25-CV-988 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On February 6, 2025, the Court ordered the parties to meet and confer regarding settlement within 30 days of service of the summons and complaint, and within 15 additional days, to submit a joint letter requesting either (1) referral to mediation or a magistrate judge, or (2) an initial status conference. To date, no letter has been filed.

The parties shall submit their joint letter no later than May 6, 2025. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:     April 29, 2025
              New York, New York

                                                      Ronnie Abrams
                                                      United States District Judge